# Court of Appeals
# of the State of Georgia

ATLANTA,⎯⎯May 20, 2015⎯⎯⎯⎯

*The Court of Appeals hereby passes the following order:*

**A15A1550. JORDAN GIBSON v. THE STATE.**

On September 22, 2014, Jordan Gibson was convicted of burglary, rape, and two counts of aggravated assault. On October 24, 2014, he filed a notice of appeal. We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Because Gibson filed his notice of appeal 32 days after entry of the trial court's order, his appeal is untimely. Accordingly, we lack jurisdiction to entertain this appeal, which is hereby DISMISSED.

Because Gibson is represented by counsel, he is informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This appeal has been dismissed because of your counsel's failure to file a timely notice of appeal. If you still wish to appeal, you may request the trial court to grant an out-of-time appeal. If the trial court grants an out-of-time appeal, you will have 30 days from that grant in which to instigate an appeal. If the trial court denies your request for an out-of-time appeal, you may appeal that denial by filing a notice of appeal within 30 days of the denial. If you no longer wish to appeal your conviction, you need not do anything else.

The Clerk of Court is directed to send a copy of this order to Gibson as well as to Gibson's attorney, who is also directed to send a copy to Gibson.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* ____05/20/2015____
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*

2